**No. 50732.**—Protests 58679–K, etc., of Gorra Bros. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50733.**—Protests 91827–K, etc., of Wm. Filene's Sons Co. et al. (Boston and Bridgeport).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50734.**—Protests 103156–K, etc., of Adjmi Importing Co., Inc., et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50735.**—Protests 964865–G, etc., of R. H. Macy & Co. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50736.**—Protests 953469–G, etc., of Amerlux Steel Corp. et al. (Los Angeles).

Opinion by LAWRENCE, J. The protests were dismissed.